[Civil. No. 766.]

JAMES G. JAMES, Appellant, v. GEORGE H. APPEL,
Appellee.

APPEAL from the District Court of the First Judicial
District in and for the County of Pima.   Webster Street,
Judge.

Barnes & Martin, and Selim M. Franklin, Attorneys for
Appellant.

Hereford & Hazzard, Attorneys for Appellee.

January 29, 1902.   Dismissed.

Affirmed.   See opinion, 192 U. S. 129; 48 L. Ed. 377.

[Criminal No. 156.]

MIGUEL B. MARQUES, Appellant, v. TERRITORY OF
ARIZONA, Respondent.

APPEAL from the District Court of the Second Judicial
District in and for the County of Graham.   F. M. Doan,
Judge.

C. L. Rawlins, and F. B. Laine, Attorneys for Appellant.

C. F. Ainsworth, Attorney-General, for Respondent.

February 11, 1902.   Affirmed.

[Criminal No. 159.]

OTIS H. MOORE, Appellant, v. THE TERRITORY OF
ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial
District in and for the County of Santa Cruz.   F. M. Doan,
Judge.

Walter J. N. McCurdy, and W. J. E. Key, Attorneys for
Appellant.

C. F. Ainsworth, Attorney-General, for Respondent.

February 11, 1902.   Affirmed.